# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD GIFFEN,<br><br>        Petitioner,<br><br>    v.<br><br>U.S. ATTORNEY GENERAL,<br><br>        Respondent. | Case No. 2:19-cv-01605-RFB-EJY<br><br>**ORDER** |

     On November 5, 2019, the Court entered an order directing Petitioner either to pay the filing fee or to file a complete Application to Proceed *In Forma Pauperis*. ECF No. 3. At the time, Petitioner's address of record was the Nevada Southern Detention Center. On November 18, 2019, the copy of the order sent to Petitioner was returned in the mail. The Clerk of Court re-mailed the order to Petitioner's secondary address in Springfield, Oregon. ECF No. 4. Petitioner has not complied with the order in the allotted time. The Court therefore dismisses the action.

     Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not therefore issue a Certificate of Appealability.

///

///

///

1       IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's order (ECF No. 4).  The Clerk of Court shall enter judgment accordingly.

       IT FURTHER IS ORDERED that a Certificate of Appealability will not issue.

DATED: July 9, 2020.

                                          RICHARD F. BOULWARE, II
                                        United States District Judge